IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Dan W. Jones | No.   05-03906 |
| Debtors | Hon. Jack B. Schmetterer |

## NOTICE OF FILING

| To: | Dan W. Jones | Tom Vaughn | Ernesto Borges |
|---|---|---|---|
| | 341 Wildwood Dr. | 200 S. Michigan Ave. | 105 W. Madison #2300 |
| | Park Forest, IL 60466 | Ste. 1300 | Chicago, IL 60602 |
| | | Chicago, IL 60604 | |

     PLEASE TAKE NOTICE that on October 17, 2007, I filed a NOTICE IN RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT UNDER PARGRAPH B(2)(b) OF PLAN, a copy of which is hereby served upon you.

/s/Robert W. Greene
Robert W. Greene

### Certificate of Service

     The undersigned certifies that he served a copy of this Notice and NOTICE IN RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT UNDER PARGRAPH B(2)(b) OF PLAN on the Debtor and Debtor's counsel by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Debtor's Counsel and Tom Vaughn on or before September 26, 2007.

/s/Robert W. Greene
Robert W. Greene

Robert W. Greene - ARDC # 6189217
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679

**THIS IS AN ATTEMPT TO COLLECT A DEBT.**
**ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**