```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 03906
   DAN W JONES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7253


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 02/07/2005 and was confirmed 03/23/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors 100.00%.

      The case was paid in full 03/18/2008.
-----------------------------------------------------------------------
  CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------
  DAIMLER CHRYSLER FINANCI  SECURED             10359.00       997.61       10359.00
  DAIMLER CHRYSLER FINANCI  UNSEC W/INTER        1720.04       247.42        1720.04
  SELECT PORTFOLIO SERVICI  CURRENT MORTG            .00          .00            .00
  SELECT PORTFOLIO SERVICI  MORTGAGE ARRE       12726.51          .00       12726.51
  UNITED CONSUMER FINANCIA  SECURED              1671.00          .00        1671.00
  CAPITAL ONE               UNSEC W/INTER  NOT FILED             .00            .00
  CAPITAL ONE               UNSEC W/INTER  NOT FILED             .00            .00
  CAPITAL ONE BANK          UNSEC W/INTER         444.48        63.85         444.48
  RESURGENT ACQUISITION LL  UNSEC W/INTER         411.05        59.03         411.05
  NCM TRUST                 UNSEC W/INTER        1730.40       241.60        1730.40
  UNITED CONSUMER FINANCIA  UNSEC W/INTER          36.36         5.27          36.36
  MITSUBISHI MOTORS CREDIT  SECURED NOT I           .00          .00             .00
  ERNESTO D BORGES JR       DEBTOR ATTY          2,200.00                    2,200.00
  TOM VAUGHN                TRUSTEE                                          1,930.48
  DEBTOR REFUND             REFUND                                           1,866.30

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
  TRUSTEE                 36,710.40

  PRIORITY                                            .00
  SECURED                                       24,756.51
     INTEREST                                       997.61
  UNSECURED                                      4,342.33
     INTEREST                                       617.17
  ADMINISTRATIVE                                 2,200.00
  TRUSTEE COMPENSATION                           1,930.48
  DEBTOR REFUND                                  1,866.30
                         ---------------    ---------------
  TOTALS                  36,710.40              36,710.40

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 03906 DAN W JONES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE